# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

146141 & (14)(15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

NEIL PATRICK BENNETT,
        Defendant-Appellant.

SC: 146141
COA: 311706
Oakland CC: 2006-206697-FH

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for peremptory reversal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

h1217